# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) **04- 984C**

KEITH DOHSE

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Howard N. Epstein

Firm Name: Marks Clare & Richards, L.L.C.

Post Office Box: P.O. Box 542005

Street Address: 11605 Miracle Hills Dr., #300

City-State-Zip: Omaha, NE 68154-8005

Telephone & Facsimile Numbers: (402) 492-9800 and (402) 492-9336

E-mail address: hepstein@mcrlawyers.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Application for admission sent by Fed. Ex Priority overnight mail on 6-3-04.
If **NO**, please call (202) 219-9630 for admission papers and instructions.

ADMITTED June 7, 2004

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ 20,000.00 + future amounts to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** —

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003