**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| | ) | |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, please enter the appearance of MICHAEL FRANCIS KIELY as attorney of record for the defendant, the United States. Service of all papers by opposing parties should be addressed as follows:

Michael Francis Kiely
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4037
FAX No. (202) 268-5287

Respectfully Submitted,

Date: August 3, 2004

/s/ Michael Francis Kiely

Michael Francis Kiely
Attorney
Telephone: (202) 268-4037
Facsimile: (202) 268-5287