**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| | ) | |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to United States Court of Federal Claims Rules 6 and 6.1, defendant respectfully requests an enlargement of time of 14 days, to and including August 23, 2004, to respond to the complaint. Defendant's response is presently due on August 9, 2004. Plaintiff's attorney has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary because this case, which has been delegated to the United States Postal Service by the Department of Justice, was not received by undersigned counsel until on or about July 8, 2004. Given that date of receipt, counsel will only have approximately 30 days, absent an enlargement, to prepare defendant's response to the complaint. Counsel is actively preparing defendant's response, but he needs a small additional amount of time to thoroughly do so. Defendant is confident that its response will be ready for filing on or before August 23, 2004.

For the foregoing reason, therefore, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER

Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4037

Date: August 4, 2004