# In the United States Court of Federal Claims

**No. 04-984 C**

**KEITH DOHSE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed June 7, 2005, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant dismissing plaintiff's request for relief in the form of specified and unspecified monetary damages for lack of jurisdiction.

Brian Bishop
Clerk of Court

**June 8, 2005** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $255.00.