**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-984C** |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME TO**
**SUBMIT THE JOINT PRELIMINARY STATUS REPORT**

Pursuant to United States Court of Federal Claims Rules 6 and 6.1, defendant respectfully requests an enlargement of time of 15 days, to and including October 14, 2005, for the parties to submit their joint preliminary status report. The report is presently due on September 29, 2005. Plaintiff's attorney has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary because counsel for the parties, due to conflicting schedules in the month of September 2005, were unable to prepare and submit the joint preliminary status report by the original deadline of September 29, 2005. Counsel for the parties are working on the report and expect that it will be ready for submission to the Court on or before October 14, 2005.

For the foregoing reason, therefore, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4037

Date: September 28, 2005