# In the United States Court of Federal Claims

No. 04-984 C

(Filed September 30, 2005)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

On September 28, 2005, defendant filed an Unopposed Motion for an Enlargement of Time of fifteen days, to and including October 14, 2005, within which for the parties to submit their Joint Preliminary Status Report. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge