# In the United States Court of Federal Claims

No. 04-984 C

(Filed November 8, 2005)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 14, 2005, the parties, pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims (RCFC), filed their Joint Preliminary Status Report (JPSR) in this matter. Therein, the parties presented joint and sometimes separate views in response to the questions set forth in RCFC, Appendix A. While the parties agree that this case should not be consolidated with any other case and do not believe bifurcation is appropriate in this case, they do not concur on the issue of whether this court has jurisdiction over this matter. Plaintiff avers that the court has jurisdiction to hear the matter, while defendant questions whether the court possesses jurisdiction over some part(s) of the case. In that regard, defendant states that the government, at some point, anticipates filing a dispositive motion regarding the court's jurisdiction over this case.

Counsel for the respective parties have informed the court that they believe that it would be appropriate if the present case were to be deferred pending resolution of *Keith Dohse v. John E. Potter, Postmaster, United States Postal Service Postmaster General*, in the United States District Court for the District of Nebraska, Case No. 8:04CV355, wherein the district court has granted plaintiff's motion for *in camera* review of documents which the parties have stated directly relate to defendant's decision to deny plaintiff access to the mail and postal

facilities. Both parties anticipate conducting discovery, although the amount of time necessary for discovery after the conclusion of the district court case was not made completely clear by the parties.

Counsel for the respective parties also state that they expect to discuss settlement within a few weeks after the filing of this report and additionally, they intend to discuss the utilization of alternative disputes resolution (ADR) as a potential way to resolve this case.

In view of the foregoing, the court finds that it is appropriate to stay this case pending the completion of the aforementioned district court case. Subsequently, both parties should be in a better position to determine how much time is required for discovery in this case and whether settlement negotiations and/or ADR may be a fruitful option in this case.

Accordingly, it is hereby **ORDERED** that this case is **STAYED** pending the final resolution of *Keith Dohse v. John E. Potter, Postmaster, United States Postal Service Postmaster General*, in the United States District Court for the District of Nebraska, Case No. 8:04CV355; and upon final resolution, the parties shall **FILE** a **JOINT STATUS REPORT** advising of such resolution and suggesting further proceedings in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge