**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR A STATUS CONFERENCE**

Pursuant to United States Court of Federal Claims Rule 7.b, defendant respectfully requests that the Court convene, at its earliest convenience, a telephonic status conference in this case. Defendant is making this request for two reasons. First, defendant, after consulting with plaintiff's counsel, wishes to explore with the Court the possibility of consolidating this case with a related case, Appeal of Keith Dohse, PSBCA No.5296, that was filed by plaintiff at the Postal Service Board of Contract Appeals subsequent to the docketing of this case at the Court in June 2004. Second, in conjunction with the first request, defendant and plaintiff wish to address with the Court the possibility of amending the stay in this case in order to expedite proceedings. Defendant has consulted with plaintiff's counsel regarding this request, and plaintiff's counsel concurs in it.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6523
Washington, D.C. 20260-1127
(202) 268-4037

Date: January 6, 2006