**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | **CASE NO. 04-984C** |
| | ) | **(Judge Bush)** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **PLAINTIFF'S RESPONSE TO** |
| | ) | **DEFENDANT'S UNOPPOSED** |
| **THE UNITED STATES,** | ) | **MOTION FOR A** |
| | ) | **STATUS CONFERENCE** |
| **Defendant.** | ) | |

Defendant Keith Dohse, by and through his attorney of record, responds to Defendant's Unopposed Motion for a Status Conference by stating that Plaintiff's counsel has consulted with Defendant's counsel, and both parties wish to explore with the Court the possibility of consolidating this case with a related case, *Appeal of Keith Dohse*, PSBCA No. 5296. Accordingly, Plaintiff Keith Dohse has no objection to Defendant's Unopposed Motion for A Status Conference, and respectfully requests that the Court convene a telephonic status conference in this case as requested in Defendant's Motion.

DATED this 9th day of January, 2006.

KEITH DOHSE, Plaintiff

By: /s/ Howard N. Epstein______________

Howard N. Epstein #21173
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Drive, Suite 300
Omaha, NE 68154-8005
Telephone: (402) 492-9800
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January ____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Michael Francis Kiely, Civil Practice Law Division, United States Postal Service, and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

/s/ Howard N. Epstein____________________
HOWARD N. EPSTEIN, #21173
Attorney for Plaintiff

Y:\WDOX\CLIENTS\16138\001\plea\EKM1017.DOC