# In the United States Court of Federal Claims

No. 04-984 C

(Filed January 12, 2006)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 6, 2006, defendant filed an Unopposed Motion for a Status Conference. On January 9, 2006, plaintiff filed its response to defendant's unopposed motion. The parties proposed to discuss with the court the consolidation of related cases and an eventual lifting of the stay currently in place in the subject matter. A telephonic status conference was held on January 11, 2006 during which the court determined that the stay in the subject matter shall remain in place for the time being, and directed the parties to confer and file a joint status report proposing their preferred manner of consolidating this case and the *Appeal of Keith Dohse*, PSBCA No. 5296, now stayed before the Postal Service Board of Contract Appeals. Further, the parties shall report on the status of any other litigation or appeal procedures related to the controversy before this court.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion for a Status Conference, filed January 6, 2006 has been **GRANTED**;

(2) The parties shall **CONFER** and **FILE** a **JOINT STATUS REPORT**, on or before **January 31, 2006**, proposing their preferred manner of

consolidating this case and the *Appeal of Keith Dohse*, PSBCA No. 5296. Further, the parties shall report on the status of any other litigation or appeal procedures related to the controversy before this court; and

(3) The current **STAY** shall continue pending further order of the court.

s/Lynn J. Bush
LYNN J. BUSH
Judge