**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated January 12, 2006, the parties respectfully report that they want the Court, pursuant to 41 U.S.C. § 609(d), to transfer to this Court a related appeal pending before the Postal Service Board of Contract Appeals, Appeal of Keith Dohse, PSBCA No. 5296, and consolidate this appeal, once transferred, with this case. The parties will shortly file a motion to this effect with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Howard N. Epstein
HOWARD N. EPSTEIN
Marks Clare & Richards, L.L.C.
11605 Miracle Dr., Suite 300
Omaha, NE 68154-8005

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6523
Washington, D.C. 20260-1127
(202) 268-4037

Date: January 30, 2006