**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO TRANSFER AND CONSOLIDATE**

Pursuant to 41 U.S.C. § 609(d), the parties respectfully request that the Court transfer to this Court a related appeal pending before the Postal Service Board of Contract Appeals, Appeal of Keith Dohse, PSBCA No. 5296, which was filed by plaintiff subsequent to the docketing of this case at the Court in June 2004, and consolidate said appeal with this case. The parties agree that many of the facts, issues, and witnesses involved in the two cases overlap, and that it would be in the interest of justice to consolidate the appeals before the Court, especially considering the effort this Court has already expended on the case. *See Multi-Roof Systems Co. v. United States,* 5 Cl. Ct. 245, 248 (1984); *see also Precision Pine & Timber, Inc. v. United States*, 45 Fed. Cl. 134, 138 (1999) (the parties' agreement that the cases should be consolidated is an additional factor in favor of consolidation). Therefore, for the reasons expressed above the parties respectfully request that the Court grant this joint motion to transfer and consolidate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Howard N. Epstein
HOWARD N. EPSTEIN
Marks Clare & Richards, L.L.C.
11605 Miracle Dr., Suite 300
Omaha, NE 68154-8005

/s/ Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6523
Washington, D.C. 20260-1127
(202) 268-4037

Date: January 30, 2006