IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KEITH DOHSE, | ) | |
| Plaintiff, | ) | No. 04-984C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Pursuant to Rule 83.1(c)(1), (3), and (5) of the Rules of the United States Court of Federal Claims, please enter the appearance of STEPHEN D. LOBAUGH as attorney of record for the defendant, the United States. Mr. Lobaugh replaces Michael F. Kiely.

/s/ Stephen D. Lobaugh
Stephen D. Lobaugh
Attorney
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-1127
(202) 268-4089 (telephone)
(202) 268-5287 (facsimile)

February 2, 2006