**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated February 2, 2006, the parties are respectfully submitting this joint status report regarding further proceedings. The parties propose a close date of August 15, 2006 for fact discovery, provided the Court decides to lift the stay in the near future. The parties do not anticipate using expert witnesses in the event there is a trial. Assuming an August 15 cut-off for fact discovery, the parties propose a September 15, 2006 deadline for filing dispositive motions. The parties propose trial be set for November 15 if no dispositive motions are filed; otherwise, they propose trial be set for three months after the Court rules on dispositive motions, provided the case is not disposed of.

Plaintiff is engaged in three other matters involving the Postal Service. In addition to the instant case, the Postal Service Board of Contract Appeals case, PSBCA No. 5296, has been ordered to be transferred to this Court. Plaintiff has a civil action that includes a Freedom of Information Act count in U.S. District Court for the District of Nebraska, 8:04-cv-00355. The judge in that case is conducting an *in camera* review of the investigatory documents sought by Plaintiff and counsel for Plaintiff does not know how long that review will take. Plaintiff also lodged a disagreement with the Postal Service ombudsman in July 2005, pursuant to 39 C.F.R. § 601.108, challenging the award of contract HCR 69364 to

another bidder. The ombudsman upheld the award on August 1, 2005, and Plaintiff is currently evaluating its options for further proceedings, including the possibility of filing in this Court a direct challenge to the ombudsman's decision.

The parties are not aware of any other matters that need to be brought to the Court's attention at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Howard N. Epstein
HOWARD N. EPSTEIN
Marks Clare & Richards, L.L.C.
11605 Miracle Dr., Suite 300
Omaha, NE 68154-8005
(402) 492-9800

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: February 13, 2006