**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated February 2, 2006, the parties are respectfully supplementing their February 13, 2005 Joint Status Report to inform the Court of a development in the District Court of Nebraska case, 8:04-cv-00355. The district court denied the Postal Service's motion to dismiss Dohse's constitutional claim and granted the Postal Service's motion for summary judgment as to Dohse's FOIA and Privacy Act claims. The district court's decision is attached for the Court's convenience. The Postal Service intends to request that the district court stay the case pending the outcome of the case before this Court, however Dohse will oppose such a request. The parties will notify the Court when the district court decides whether to issue a stay.

The parties are not aware of any other matters that need to be brought to the Court's attention at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Howard N. Epstein
HOWARD N. EPSTEIN
Marks Clare & Richards, L.L.C.
11605 Miracle Dr., Suite 300
Omaha, NE 68154-8005
(402) 492-9800

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: February 28, 2006