**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated February 2, 2006, the parties are respectfully supplementing their February 28, 2006 Joint Status Report to inform the Court of a development in the District Court of Nebraska case, 8:04-cv-00355. The district court has denied the Postal Service's motion to stay the district court case. The district court's order is attached for the Court's convenience.

The parties are not aware of any other matters that need to be brought to the Court's attention at this time and will update the Court with any new developments in the district court case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Howard N. Epstein
HOWARD N. EPSTEIN
Marks Clare & Richards, L.L.C.
11605 Miracle Dr., Suite 300
Omaha, NE 68154-8005
(402) 492-9800

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: May 26, 2006