# In the United States Court of Federal Claims

No. 04-984 C

(Filed August 1, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| KEITH DOHSE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * * | |

## SCHEDULING ORDER

On February 2, 2006, the court ordered that "[t]he Appeal of Keith Dohse, PSBCA No. 5296, shall be **TRANSFERRED** to the United States Court of Federal Claims and **ASSIGNED** to the undersigned." Order of February 2, 2006. The transferred appeal from the Postal Service Board of Contract Appeals (PSBCA), *Dohse v. United States*, No. 06-508 C (*Dohse II*), was filed in this court on July 10, 2006 and assigned to the undersigned on July 24, 2006. The court acknowledges that a regrettable number of administrative delays have occurred, likely causing the parties both inconvenience and confusion. This order clarifies and amends the schedule of proceedings in the subject matter (*Dohse I*). A similar order is filed on this date in *Dohse II*.

Before the court can consolidate *Dohse I* and *Dohse II*, as requested by the parties, plaintiff must file, pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims (RCFC), a transfer complaint or an amended complaint in *Dohse II*. Plaintiff may choose to re-caption his PSBCA complaint and file this transfer complaint in *Dohse II*. RCFC 3.1(a)(2). Or, plaintiff may choose to amend his PSBCA complaint and file this amended complaint, in lieu of a transfer complaint, in *Dohse II*. *Id.* Once the court has reviewed the transfer complaint or

the amended complaint in *Dohse II*, the court anticipates granting the parties' joint motion, filed January 31, 2006 in *Dohse I*, to consolidate *Dohse I* and *Dohse II*.

The court amends, in relevant part, its Order of February 2, 2006, which required a joint status report within fourteen days of the filing of *Dohse II*. Instead, the parties shall propose to the court a schedule for the efficient disposition of the consolidated claims of plaintiff in *Dohse I* and *Dohse II*. This proposed schedule shall include the parties' preferences for the timing of defendant's answer to the transfer or amended complaint filed in *Dohse II*, as well as any dispositive motions anticipated by the parties, and shall address the items normally required by RCFC Appendix A(III)(4) to be included in a joint preliminary status report. The parties' joint status report shall be filed on or before August 29, 2006 in the subject matter, *Dohse I*. This report shall also specifically address developments in any related litigation or Postal Service appeal procedures.

Accordingly, it is hereby **ORDERED** that:

(1) The parties shall **CONFER** and **FILE** in the subject matter a **Joint Status Report**, on or before August 29, 2006, proposing a schedule for further proceedings in cases Nos. 04-984 C and 06-508 C, and reporting on any related litigation or appeals; and

(2) The current **STAY** shall continue pending further order of the court.

s/Lynn J. Bush
LYNN J. BUSH
Judge