**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-984C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME FOR**
**THE PARTIES TO SUBMIT THEIR JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests, on behalf of the parties, an enlargement of time of 17 days, to and including September 15, 2006, for the parties to submit their joint status report. The report is presently due on Tuesday, August 29, 2006. Plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is being made because the attorney of record in *Dohse II* (06-508), James Poirier of the Department of Justice, just informed the undersigned counsel that the case has not been delegated to the Postal Service; therefore, the undersigned is not authorized to make assertions or commitments on behalf of the United States in that case, as this Court's August 1, 2006 Scheduling Order directs. The undersigned will work with the Department of Justice to see that the decision whether to delegate 06-508 to the Postal Service is made as expeditiously as possible. If the case is delegated, the parties will promptly file their Joint Status Report. If the Department of Justice decides not to delegate the case, the parties will work with the Department of Justice to determine how to proceed.

Therefore, defendant respectfully requests that this unopposed request for an

enlargement of time for the parties to file their joint status report be granted.

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: August 29, 2006