# In the United States Court of Federal Claims

Nos. 04-984 C & 06-508 C

(Filed August 30, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| KEITH DOHSE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

On August 29, 2006, defendant filed an Unopposed Motion for an Enlargement of Time of seventeen days, to and including September 15, 2006, for the filing of the parties' Joint Status Report. For the reasons stated therein, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge