# In the United States Court of Federal Claims

No. 04-984C & 06-508C

(Filed September 27, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| KEITH DOHSE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On November 8, 2005, the court issued an order staying proceedings in the *Dohse v. United States*, No. 04-984C (*Dohse I*) pending the resolution of parallel litigation in the United States District Court for the District of Nebraska. The court then held a telephonic status conference on January 11, 2006, at which time the parties reported that further proceedings, directly related to *Dohse I*, had been initiated before the Postal Service Board of Contract Appeals. The parties moved for transfer and consolidation of PSBCA No. 5296 with this case on January 31, 2006. The court ordered the requested transfer on February 2, 2006.

The transferred PSBCA appeal was filed in this court on July 10, 2006 as *Dohse v. United States*, No. 06-508C (*Dohse II*), and assigned to the undersigned on July 24, 2006. On August 1, 2006, the court ordered plaintiff to file a transfer or amended complaint on or before August 15, 2006 for *Dohse II*. By leave of court, plaintiff filed an amended complaint in *Dohse II* on August 24, 2006. On August 30, 2006, the court consolidated *Dohse II* with *Dohse I*. On September 15, 2006, the parties filed a joint status report which indicated that the parties had been actively engaged in discovery and proposed certain deadlines for the filing of dispositive motions. The court adopted the parties' suggestions for the scheduling of further proceedings in its order of September 21, 2006.

The court finds it appropriate to lift the stay in these consolidated cases. Accordingly, it is hereby **ORDERED** that the Clerk's office shall **LIFT** the **STAY** in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge