# In the United States Court of Federal Claims

Nos. 04-984 C & 06-508 C

(Filed October 30, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| KEITH DOHSE, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

On October 27, 2006, plaintiff filed an Unopposed Motion for an Enlargement of Time of twenty-five days, to and including November 27, 2006, for plaintiff to file his response to Defendant's Motion to Dismiss in Part. For the reasons stated therein, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

The court recently discovered a docketing error concerning the designation of the lead case in these consolidated cases, which has been corrected. The lead case is No. 04-984 C, per the court's Order of August 30, 2006, and all filings in these cases should be filed in No. 04-984 C.

s/Lynn J. Bush
LYNN J. BUSH
Judge