**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | CASE NO. 1:04-cv-00984C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Bush) |

**PLAINTIFF'S MOTION FOR LEAVE FOR PLAINTIFF TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Keith Dohse moves this Court to enter an Order granting leave to Plaintiff to file his Second Amended Complaint pursuant to Rules 15 (a) and (d) of the United States Court of Federal Claims ("RCFC") and in response to Defendant's Motion to dismiss. (*Filing* #15). In support thereof, Plaintiff states:

1. On or about October 2, 2006, Defendant filed a Motion to Dismiss and Memorandum in support of said Motion pursuant to RCFC 12(b)(1) and (b)(6). (*Filing* #15).

2. In light of the arguments presented by Defendant and in lieu of submitting a brief in response to Defendant's Motion, Plaintiff respectfully requests that he be granted leave to amend his First Amended Complaint.

3. Such amended complaint fully sets forth Plaintiff's claims and narrows the issues to be tried by the Court.

4. Plaintiff's counsel has conferred with Defendant's counsel, Stephen Lobaugh, who has indicated that he has no objection to this Motion.

5. Leave to amend Plaintiff's First Amended Complaint will not prejudice either party, will save the court time and consideration and should therefore be granted.

6. A copy of Plaintiff's proposed Second Amended Complaint is attached hereto.

WHEREFORE, Plaintiff Keith Dohse respectfully prays that this Court enter an Order granting Plaintiff leave to Amend his First Amended Complaint.

Dated this 22nd day of November, 2006.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein

Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\ADR0199.DOC