**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Nos. 04-984C & 06-508C** |
| **THE UNITED STATES,** | ) | **(Judge Bush)** |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE**

Pursuant to the Court's Order, dated November 29, 2006, Defendant hereby files this Notice, which elaborates on its consent to Plaintiff's Motion for Leave for Plaintiff to Amend Plaintiff's First Amended Complaint and addresses the other matters the Court has ordered it to address.

Defendant does not object to Plaintiff's motion to file its Second Amended Complaint; however, upon close examination of the Second Amended Complaint, Defendant does not believe its Motion to Dismiss in Part is mooted in toto. Specifically, the allegations contained in paragraph 19 of Plaintiff's Second Amended Complaint preserves the issue addressed in section V of Defendant's Motion to Dismiss in Part. The remaining portions of Defendant's Motion to Dismiss in Part are mooted by Plaintiff's Second Amended Complaint.

Defendant does not request additional time to file its response to Plaintiff's Second Amended Complaint, and Defendant files its Answer today along with this Notice.

Finally, Defendant has conferred with Plaintiff's counsel regarding the schedule set forth in the Court's Order dated September 21, 2006. Due to the time Plaintiff needed to amend his complaint, and the recent serious illnesses of both of Plaintiff's parents, the parties have been unable to conduct, or schedule for the month of December, the depositions they

planned to complete before December 29, 2006. The parties are working to schedule those depositions for January 2007, but in light of the continuing poor health of Plaintiff's parents, the parties believe it is prudent to extend discovery beyond January 2007. The parties therefore request that the Court extend the discovery period to March 16, 2007, and to adjust the summary judgment deadline accordingly, so that summary judgment motions are due April 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: December 5, 2006