**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Nos. 04-984C & 06-508C** |
| **v.** | ) | |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS IN PART, SECTION V**

In light of Plaintiff's agreement with Defendant that Paragraph 19 of his Second Amended Complaint already has been adjudicated, and his request that the Court strike Paragraph 19 from his Second Amended Complaint, Defendant rests on the arguments made in Section V of its Motion to Dismiss in Part.

Defendant respectfully requests that the Court dismiss Paragraph 19 of Plaintiff's Second Amended Complaint as barred by collateral estoppel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

Date: December 21, 2006