# In the United States Court of Federal Claims

Nos. 04-984C & 06-508C

(Filed December 22, 2006)

* * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * *

## ORDER

On October 2, 2006, defendant filed its Motion to Dismiss in Part, which asserted that many of plaintiff's claims were not within this court's jurisdiction or failed to state a claim upon which relief could be granted. Plaintiff subsequently filed its motion for leave for plaintiff to amend plaintiff's first amended complaint, in lieu of a response to defendant's motion. The court, in its Order of November 29, 2006, requested that defendant file a notice stating whether or not plaintiff's second amended complaint mooted defendant's motion to dismiss.

Defendant's notice, filed December 5, 2006, stated that

> Defendant does not believe its Motion to Dismiss in Part is mooted in toto. Specifically, the allegations contained in paragraph 19 of Plaintiff's Second Amended Complaint preserve[] the issue addressed in section V of Defendant's Motion to Dismiss in Part. The remaining portions of Defendant's Motion to Dismiss in Part are mooted by Plaintiff's Second Amended Complaint.

Def.'s Notice. In Plaintiff's Response to Defendant's Motion to Dismiss in Part, Section V, filed December 20, 2006, plaintiff "request[ed] that the Court allow Plaintiff to strike Paragraph 19 from his Second Amended Complaint." The court

accedes to plaintiff's request. Thus, defendant's Motion to Dismiss in Part is now moot.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's request to strike paragraph nineteen of Plaintiff's Second Amended Complaint, filed November 22, 2006, is **GRANTED**;

(2) Defendant's Motion to Dismiss in Part, filed October 2, 2006, is **DENIED** as moot; and

(3) All particulars for further proceedings stated in the order of September 21, 2006 remain unchanged, except for the schedule changes set forth in the order of December 8, 2006.

/s/Lynn J. Bush
LYNN J. BUSH
Judge