**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | Case Nos. 1:04-cv-00984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Lynn J. Bush) |

**NOTICE OF TAKING DEPOSITION OF DON McQUITTY**

TO: THE UNITED STATES, and its attorney, STEPHEN D. LOBAUGH

YOU AND EACH OF YOU are hereby notified that the Plaintiff will take the deposition of **DON McQUITTY** at the **U.S. Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506, beginning at 10:00 a.m. on Tuesday, February 27, 2007.**

Said deposition will be taken before a duly qualified court reporter pursuant to and for all purposes permitted by the Federal Rules of Civil Procedure, and you may appear at the time and place designated for the purpose of examining the witness.

Dated this 12th day of February, 2007.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein

Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA5773.DOC