**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | Case Nos. 1:04-cv-00984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Lynn J. Bush) |

**PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

COMES NOW the Plaintiff, Keith Dohse, by and through his attorney, Howard N. Epstein, and moves this Court to amend the Scheduling Order by extending all dates set forth therein by at least 90 days. In support thereof, Plaintiff states and alleges:

1. On December 8, 2006, this Court entered its Scheduling Order (Document #49) wherein the Court ordered that discovery shall be completed by March 16, 2007, that dispositive motions, if any, shall be filed on or before April 30, 2007, and absent the finding of any dispositive motions, on or before May 11, 2007, or upon completion of discovery by the parties, whichever event occurs earlier, counsel are directed to file a Joint Status Report informing the Court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled.

2. Thereafter, the parties scheduled depositions so that they could be completed during the week of February 26, 2007, and before the March 16, 2007, deadline set forth in the Court's December 8, 2006, Scheduling Order. However, Plaintiff's mother has been seriously ill, her health has continuously declined, and Plaintiff has been required to provide round-the-clock healthcare for his mother. As a result, the parties have been forced to cancel the scheduled depositions, and will be unable to conduct or complete depositions before the March 16, 2007, discovery deadline.

3. The parties are working diligently to schedule any necessary depositions and to otherwise complete discovery, but in light of the continuing poor and declining health of Plaintiff's mother, Plaintiff believes it necessary to extend all deadlines set forth in the Court's December 8, 2006, Scheduling Order by at least 90 days.

4. Plaintiff's counsel, Howard N. Epstein, has conferred with Defendant's counsel, Stephen Lobaugh, and Defendant's counsel has stated that Defendant will not object to an extension of the Scheduling Order deadlines, as requested herein.

WHEREFORE, Plaintiff Keith Dohse prays that this Court, for good cause shown, enter an Order to modify the December 8, 2006, Scheduling Order (Document #49) by extending all deadlines set forth therein by at least 90 days, and for such other and further relief as this Court deems just and equitable.

Dated this 16th day of February, 2007.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein

Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA5840.DOC