# In the United States Court of Federal Claims

Nos. 04-984C & 06-508C
(Filed February 20, 2007)

* * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

## ORDER

On February 16, 2007, plaintiff filed an unopposed Motion to Amend Scheduling Order by extending all dates set forth in the court's December 8, 2006 scheduling order by at least ninety days. For good cause shown, it is hereby **ORDERED** that

(1) **Discovery** shall be **COMPLETED** by **June 15, 2007**; and

(2) **Dispositive motions**, if any, shall be **FILED** on or before **July 30, 2007**; and

(3) Absent the filing of any dispositive motions, on or before **August 10, 2007**, or upon completion of discovery by the parties, whichever event occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

/s/Lynn J. Bush
LYNN J. BUSH
Judge