**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | Case Nos. 1:04-cv-00984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Lynn J. Bush) |

**NOTICE OF CANCELLATION OF DEPOSITIONS**

TO: THE UNITED STATES, and its attorney, STEPHEN D. LOBAUGH

YOU AND EACH OF YOU are hereby notified that the Depositions of the following have been cancelled and will be rescheduled at a later date.

1. GAIL DUBA, originally scheduled for 8:30 a.m. on Tuesday, February 27, 2007, at the U.S. Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506.
2. DON McQUITTY, originally scheduled for 10:00 a.m. on Tuesday, February 27, 2007, at the U.S. Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506.
3. KATHY BATES, formerly known as Kathy Connor, originally scheduled for 9:00 a.m. on Thursday, March 1, 2007, at the U.S. Post Office, 111 E. Second Street, Rushville, Nebraska 69360.
4. MICHAEL FELTON, originally scheduled for 1:00 p.m. on Thursday, March 1, 2007, at the U.S. Post Office, 112 E. Third Street, Gordon, Nebraska 69343.
5. BERT MANCHEGO, originally scheduled for 9:00 a.m. on Friday, March 2, 2007, at the Main U.S. Post Office, Denver, Colorado.

Dated this 21st day of February, 2007.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein
Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA5885.DOC