**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | Case Nos. 1:04-cv-00984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Lynn J. Bush) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Howard N. Epstein of Marks Clare & Richards, L.L.C., and hereby moves the Court for an Order permitting his withdrawal as attorney of record for the Plaintiff, Keith Dohse, in the above-captioned matter. In support of his Motion, movant states to this Court that the Plaintiff has failed to cooperate in the prosecution of this action, has failed to respond to numerous telephone calls and letters sent by his attorney, and has failed to pay his legal fees. In support thereof, please see the Affidavit of Howard N. Epstein, attached hereto and incorporated herein.

WHEREFORE, Howard N. Epstein and the law firm of Marks Clare & Richards, L.L.C., for good cause shown, respectfully request this Court for an Order permitting them leave to withdraw as counsel in the above-captioned matter.

Dated this 27 day of March, 2007.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein

Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005

Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, a copy of the above was mailed to the Plaintiff, Keith Dohse, HC 91 11D, Gordon, NE 69343, by certified mail, return receipt requested, postage prepaid; and I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA6250.DOC