# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KEITH DOHSE, | ) | Case Nos. 1:04-cv-00984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Lynn J. Bush) |

## AFFIDAVIT OF HOWARD N. EPTSEIN

I, HOWARD N. EPSTEIN, being first duly sworn on oath, state and affirm:

1. I make this Affidavit upon my personal knowledge of the facts set forth herein. I am of the age of majority, suffer no legal disability, and I am competent to testify to the matters stated herein if called to do so.

2. I am a licensed attorney and in good standing in the State of Nebraska.

3. I and my law firm, Marks Clare & Richards, L.L.C., are the attorneys for the Plaintiff, Keith Dohse.

4. During the last five weeks, I have sent letters to Plaintiff by regular U.S. Mail, but have received no response from him. The correspondence included time sensitive requests for information which required Plaintiff to respond promptly to me as his attorney.

5. I have also telephoned the Plaintiff numerous times during the past five weeks, but Plaintiff never answered, and has provided no method for a caller to leave a message.

6. The Plaintiff, Keith Dohse, has failed to communicate with me despite my efforts, and he has otherwise failed to cooperate in the prosecution of this action.

7. The Plaintiff has entered into an agreement to pay legal fees to the law firm of Marks Clare & Richards, L.L.C., has had a balance outstanding for many months, and has made no attempt to make any payments towards the balance due, despite repeated requests for payment.

8. For good cause shown, I and the law firm of Marks Clare & Richards, L.L.C., should be permitted to withdraw as counsel of record for the Plaintiff, Keith Dohse.

Further Affiant sayeth not.

Howard N. Epstein, #21173

Subscribed and sworn to me this 27 day of March, 2007, by Howard N. Epstein, known by me to be the affiant in the above Affidavit.

GENERAL NOTARY - State of Nebraska
EILEEN K. ARMSTRONG
My Comm. Exp. May 25, 2010

Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, a copy of the above was mailed to the Plaintiff, Keith Dohse, HC 91 11D, Gordon, NE 69343, by certified mail, return receipt requested, postage prepaid; and I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA6251.DOC