# In the United States Court of Federal Claims

Nos. 04-984C & 06-508C

(Filed April 24, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| KEITH DOHSE, | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * | |

**ORDER**

On April 20, 2007, Mr. Dohse filed a Motion to Extend Time for filing his affidavit, if any, and notice in response to Mr. Epstein's motion to withdraw as counsel in this case. Pursuant to the court's order of April 4, 2007, Mr. Dohse's filings were due on April 20, 2007. Because Mr. Dohse does not state how much time he requires to respond to Mr. Epstein's motion, the court must choose an enlargement of time which accommodates his need for additional time, but which does not impede the efficient prosecution of his claims in the subject matter.

An enlargement accorded to Mr. Dohse will also affect the upcoming deadlines set in the court's order of February 20, 2007; therefore, the court suspends those deadlines until further order of the court.

Accordingly, it is hereby **ORDERED** that

(1) Mr. Epstein and Mr. Dohse are encouraged to resolve the issues presented in Mr. Epstein's motion to withdraw as counsel, if possible;

(2) If Mr. Dohse contests the justification for Mr. Epstein's withdrawal as counsel of record in the subject matter, Mr. Dohse shall **FILE** an **OPPOSITION** to Mr. Epstein's motion**,** on or before **May 31, 2007**,

stating the reasons why Mr. Epstein should not be allowed to withdraw;

(3) Mr. Dohse shall also **FILE** a **NOTICE**, on or before **May 31, 2007**, stating whether he intends to engage another attorney if Mr. Epstein is allowed to withdraw, and stating the earliest possible date that attorney could appear in the subject matter;

(4) The deadlines set by the court's order of February 20, 2007 are **SUSPENDED** until further order of the court;

(5) The Clerk shall **SERVE** a copy of this order by first class mail on

**Keith Dohse, HC-91, Box 11D, Gordon, NE 69343**;

(6) The Clerk shall **ACCEPT** paper filings from Mr. Dohse submitted in response to this order.

/s/Lynn J. Bush
LYNN J. BUSH
Judge